Alethia Scipione, Esq. SBN 026102
**Law Offices of Alethia M. Scipione, P.C.**
1820 East Ray Road
Chandler, AZ 85225
Phone: (480) 917-0340
Fax: (877) 917-0341
alethia@amslawaz.com
*Attorney for Debtors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re

VICTOR F VAZQUEZ,

Debtor.

SSN xxx-xx-0148

CHAPTER 13 PROCEEDING

Case No.: 2:10-bk-20024-RTB

**OBJECTION TO PROOF OF CLAIM NO 11 FILED BY BASS & ASSOCIATES, P.C. FOR HSBC BANK NEVADA, N.A. (BEST BUY CO. INC.) AND BAR DATE TO FILE OBJECTIONS OR RESPONSES THERETO**

COMES NOW, VICTOR F VAZQUEZ, by and through counsel undersigned, and hereby OBJECTS to the following claim:

Claim No. 11
Name: HSBC BANK NEVADA, N.A. (BEST BUY CO., INC.)
C/O BASS AND ASSOCIATIONS, P.C.
3936 E. Ft Lowell Suite 200
Tucson, AZ 85712
(520) 577-1544

Account No. by which creditor identifies debtor: XXXXXXXX5482 (as set forth on the proof of claim)

**UPON the following grounds**:

The claim is filed as a secured claim in the amount of $3,235.19 as and for monies owed in relation to items purchased at Best Buy.

Creditor alleges that the claim is secured: for "Goods Sold"

1

CREDITOR HAS FAILED TO PROVIDE A VALID PROOF OF A SECURITY INTEREST IN COLLATERAL, AND ADDITIONALLY FAILS TO SPECIFICALLY LIST SAID COLLATERAL.

**The debtor requests** that said claim be treated as follows:
That either creditor withdraw its proof of claim, file an appropriate Amended Claim setting forth the general unsecured amount allegedly owed and the basis thereof, or if creditor does not file an Amended Claim by the Bar Date set forth herein, that the entire claim be disallowed. In that case, claimant shall receive $ 0.00 as and for its claim.

**NOTICE IS HEREBY GIVEN THAT ANY PARTY OBJECTING** to the issuance of an order declaring Claim # 11 filed by HSBC Bank to be disallowed, that claimant shall receive $ 0.00 as and for its claim, must file an objection in writing, **citing specific facts and/or legal authority as the basis for the objection**, with the Clerk of the Bankruptcy Court and serve a copy upon Debtors' attorney no later than 14 DAYS FROM DATE OF SERVICE.

**IF NO OBJECTION IS FILED AND SERVED BY FEBRUARY 6, 2012** or an Amended Proof of Claim is not filed and served by FEBRUARY 6, 2012, or the Proof of Claim is not withdrawn, then counsel will file a Certificate of Service and No Objection and lodge an order with the court that declares Claim 11 filed by HSBC Bank to be disallowed and that HSBC Bank shall receive $ 0.00 as and for the claim.

Any original responses or objections should be sent to CLERK OF THE US BANKRUPTCY COURT, 230 N 1ST AVENUE, ROOM 102, PHOENIX, ARIZONA 85003, or filed online at the court's electronic filing system web site located at: https://ecf.azb.uscourts.gov/cgi-bin/login.pl (You must have a password and a login code to file documents online.)

RESPECTFULLY SUBMITTED this 21. day of January, 2012.

**Law Offices of Alethia M. Scipione, P.C.**

By /s/ Alethia Scipione  SBN 026102
Alethia Scipione, Esq.
*Attorney for Debtors*

On the 21. day of January, 2012, I served the foregoing documents described as **Objection to Proof of Claim #11** on the following individuals by electronic means through the Court's ECF program

**All creditors on the creditor Matrix**

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Alethia Scipione
Alethia Scipione

On the 21. day of January, 2012, I served the foregoing documents described as **Objection to Proof of Claim #11** on the following individuals depositing true copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

Bass & Associates, P.C.
3936 E Ft. Lowell Suite 200
Tucson, AZ 85712

Russell Brown
Chapter 13 Trustee
3838 N Central Avenue #800
Phoenix, AZ 85012-1965

Victor F. Vazquez
3425 E Chandler Boulevard Apt. 108
Phoenix, AZ 85048

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Alethia Scipione
Alethia Scipione