SO ORDERED.

Dated: February 9, 2012

**Redfield T. Baum, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

VICTOR F VAZQUEZ,

Debtor.

CHAPTER 13 PROCEEDING

Case No.: 2:10-bk-20024-RTB

ORDER DISALLOWING CLAIM NO. 11

HAVING RECEIVED AND REVIEWED Debtor's Objection to Proof of Claim No. 11 filed by Bass & Associates, P.C. for HSBC Bank Nevada, N.A. (Best Buy Co. Inc) and good cause appearing,

IT IS HEREBY ORDERED, disallowing Proof of Claim No. 11 filed by Bass & Associates, P.C. for HSBC Bank Nevada, N.A. (Best Buy Co. Inc)

**DATED AND SIGNED ABOVE**

1

Case 2:10-bk-20024-RTB    Doc 39    Filed 02/09/12    Entered 02/09/12 15:25:50    Desc
Main Document - Objection to Claim    Page 1 of 1